opinion filed February 10, 1942; re-hearing denied February 25, 1942. Blake C. Smith, for appellant; Winston, Strawn & Shaw, for appellees; Douglas C. Moir, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.

Gen. No. 41,708.

opinion filed February 10, 1942. Vernon R. Loucks and Adelor. J. Petit, Jr., for appellant; Jacob G. Grossberg and Harry May, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''

Goldie Buehler, Appellee, v. Albert C. Buehler, Appellant.

Gen. No. 41,709.